1:19-CV-00403
#

MARCH 29, 2021

I would like to file A motion for time extension on My 2241 Appeal. Need time to Go over this legal Matter. Thank you And Have A Blessed Day.

Pro se Motion For time extension

FILED
APR - 5 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

ON The Day of, MARCH 29, 2021

[signature]

Royce Johnson # 32445-001
Federal Correctional Institute (McDowell)
P.O. Box 1009
Welch, WV 24801

CHARLESTON WV 250
2 APR 2021 PM 3 L

LEGAL MAIL

Mr. Rory L. Perry II
Clerk of Court
U.S. District Court
Southern District of West Virginia
Bluefield Division
601 Federal Street, Room 1000
Bluefield, WV 24701

4-2-21 85