```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

ROYCE THERMON JOHNSON,

    Petitioner,

v.                             CIVIL ACTION NO. 1:19-00403

WARDEN, FCI McDowell,

    Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is petitioner's motion for an extension of time to file objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation ("PF&R"). (ECF No. 13.) Petitioner filed his motion prior to the deadline for filing objections.

Petitioner does not specify how much additional time he needs. He simply says that he needs time to review his case. He offers no explanation as to the circumstances that make him unable to file his objections by the deadline.

Because petitioner is proceeding pro se, and because he timely filed his motion, the court finds that a modest extension is appropriate. Accordingly, petitioner's motion for an extension (ECF No. 13) is **GRANTED**, and the deadline for plaintiff to file all objections to the PF&R is **EXTENDED** to April 20, 2021.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 6th day of April, 2021.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge